UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH LEE, JR.,
    Plaintiff,

vs.                                                      Case No.: 3:21cv67/MCR/EMT

NUMOTION and HUMANA INC.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on February 9, 2022 (ECF No. 37).  The court furnished the parties a copy of the Report and Recommendation and afforded them an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 37) is adopted and incorporated by reference in this order.

2.    Defendants' motions to dismiss (ECF Nos. 26, 28) are **GRANTED** and Plaintiff's Amended Complaint (ECF No. 7) is **DISMISSED with prejudice** for the

reasons set forth in Defendants' motions, and also pursuant to N.D. Fla. Loc. R. 7.1(H) for Plaintiff's failure to file a timely response in opposition to the motions.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**